UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2287**

Chemours Company FC, LLC  v. United States Environmental Protection Agency

To:    Clerk

1)    Motion by Respondents to Dismiss the Petition for Review

2)    Response by Petitioner in Opposition to Respondents' Motion to Dismiss

The foregoing motion, response and any reply thereto are referred to a motions panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 2, 2022
Tmm/cc: Allon Kedem, Esq.
Kimere J. Kimball, Esq.
Andrew D. Knudsen, Esq.