OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 29, 2024

Andrew Knudsen, Esq.
Kimere Kimball, Esq.
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044

Allon Kedem, Esq.
Arnold & Porter Kaye Scholer
601 Massachusetts Avenue NW
Suite 1121
Washington, DC 20001

RE: The Chemours Company v. United States Environmental Protection Agency
C.A. No. 22-2287

Dear Counsel,

The Court advises the parties that it intends to focus at oral argument mostly upon the jurisdictional issues in this case. Counsel are directed to address their jurisdictional arguments first at oral argument. While the Court acknowledges that the respondents have filed a Division of Time Form, the Court will determine the amount of time, if any, that other issues will be argued.

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT

Clerk